KNICKERBOCKER VILLAGE, INC., Respondent, against WIL-
LIAM REID, as City Collector of the City of New York,
et al., Appellants.

Argued November 15, 1939; decided November 30, 1939.

*William C. Chanler, Corporation Counsel (Hyman W. Kehl* and *Arthur A. Segall* of counsel), for appellants.

*H. H. Nordlinger, Harold Riegelman* and *Jacob M. Dinnes* for respondent.

*Ira S. Robbins* for New York State Superintendent of Housing, *amicus curiæ.*

Order affirmed, with costs, on the ground that the assessment is a tax and not one for a local improvement. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.